25-127

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

_____

SAZERAC COMPANY, INC.

Defendant/Petitioner

v.

WILBERT ANDREWS AND STEPHEN KAHN,

Plaintiffs/Respondents

_____

Appeal from the United States District Court
for the Southern District of New York

_____

**NOTICE OF DISTRICT COURT'S WITHDRAWAL OF CLASS CERTIFICATION ORDER**

Creighton R. Magid
Christopher G. Karagheuzoff
DORSEY & WHITNEY LLP
51 West 52nd Street
New York, NY 10019-6119
magid.chip@dorsey.com
karagheuzoff.christopher@dorsey.com
Telephone: (212) 415-9200
Facsimile (212) 953-7201

Attorneys for Defendant/Petitioner Sazerac Company, Inc.

Petitioner Sazerac Company, Inc. ("Sazerac") hereby notifies the Court that the District Court has withdrawn the class certification order that is the subject of Sazerac's Petition for Permission to Appeal Pursuant to Fed. R. Civ. P. 23(f). A copy of the District Court's order is attached.

Respectfully submitted,

Date: January 27, 2025

*/s/ Creighton R. Magid*
Creighton R. Magid
Christopher G. Karagheuzoff
DORSEY & WHITNEY LLP
51 West 52nd Street
New York, NY 10019-6119
magid.chip@dorsey.com
karagheuzoff.christopher@dorsey.com
Telephone: (212) 415-9200
Facsimile (212) 953-7201

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of January, 2025, a true and correct copy of the foregoing NOTICE OF WITHDRAWAL OF CLASS CERTIFICATION ORDER was served on all counsel of record via this Court's CM/ECF electronic filing system. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

                                           */s/ Creighton R. Magid*
                                           Creighton R. Magid

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILBERT ANDREWS and STEVEN KHAN, individually and on behalf of all others similarly situated,

               Plaintiffs,

-against-

SAZERAC COMPANY, INC.,

               Defendant.

23-cv-1060 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

    The Court intends to issue an amended order regarding class certification. For this reason, the Court withdraws its prior order, and pending issuance of its amended order, stays further proceedings in this case. Plaintiffs are invited to file a response to the arguments in defendants' Rule 23(f) petition by 5:00 pm on January 31, 2025.

    SO ORDERED.

Dated: January 23, 2025
       New York, New York

                                            ARUN SUBRAMANIAN
                                            United States District Judge